CRMREPL@crm.nyc.gov 1:40 PM (23 hours ago)
to me

Dear Ms. Brooks:

Thank you for your email to Mayor de Blasio. We appreciate your taking the time to reach out to us. We want to make sure you receive the information you are looking for and the best service possible. However, the matter you have written about involves legal proceedings and therefore is outside the jurisdiction of the Mayor's Office. I regret that we are unable to provide the assistance you requested.

Thank you very much for contacting the Office of the Mayor.

Sincerely,
Geraldine de Puy
Director of Correspondence

OBJECTION

5:17-CV-01186-GLS-TWD
5:18-CV-00426-DNH-DEP
5:15-CV-00148-BKS-CFH

I Rochelle Marette-Brooks object to my cases being dismissed on the grounds of EQUITABLE TOLLING law. & my 1st & 4th Amendment right violation.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 17 2018
AT ___ O'CLOCK ___
Lawrence K. Baerman, Clerk - Syracuse

[signature]
Without prejudice. UCC 1-207, 308, 103, 3-402
4/17/18

Rochelle M Brooks
271 Gifford St
Syracuse, NY 13202

5:17-CV-01186-GLS-TWD
5:18-CV-00426-DNH-DEP
5:15-CV-00148-BKS-CFH

THIS IS A LEGAL DOCUMENT: DO NOT ALTER, CONCEAL OR DESTROY.

District Court of New York State
County of Onondaga

-------------------------------------------------X

**AGGRIEVED WOMAN;**
**ROCHELLE MARETTA-BROOKS, F.B. & H.B. AL. ECT.**
Plaintiff

ENTERED/FILED DATE

-against-

Index No. NN5875-6/15-18-A-E
DR-17-383263
(CAF-16-01134, CAF-17-

Michael L. Hanuszczsk, Kate Rosenthal, Ross Andrews, William Balduf, Arlene Bradshaw, Lisa Blitman, Louis Dettor, Robert Durr, William Fitzpatrick, Joseph Murphy, David Primo, Mchael Klein, Martha Walsh-Hood, James Tormey,

Defendants

## SUMMONS

-------------------------------------------------X

To the Person Named as Defendant Above:

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to answer the complaint of the plaintiff herein and to serve a copy of your answer on the plaintiff at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

**YOU ARE HEREBY NOTIFIED** THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: 4/17/, 2018

Rochelle Maretta Brooks
without prejudice. UCC1-207, 308, 1-103, 3-402

ROCHELLE MARETTA-BROOKS
231 LILAC STREET
SYRACUSE,NY 00000-0000(13208)

DEFENDANT'S LIST

MICHAEL L HANUSZCZAK
DAVID PRIMO
MICHAEL KLEIN
JENNIFER LING
MELISSA
NAOMI 401 MONTGOMERY ST, SYRACUSE, NY 13202

ROBERT DURR
LOUIS DETTOR 421 MONTGOMERY STR 10TH FLR SYRACUSE, NY 13202

LYNN CARRIER
JAMES CZARNIAK
MARY WOODFORK
KEVIN HAYWOOD
TODD GUERIN
MEILISSA MINER
KELLY FALANKA
ANDREA LEVANDOWSKI
TERI MAGES
MAGARITA GONZALEZ
JOHN COYNE
DOROTHEA HOGAN
STACEY WOLFE
CHRISTINA KOBUS 421 MONTGOMERY ST. 8TH FLR SYRACUSE, NY 13202

COMPTROLLER 421 MONTGOMERY ST, 14TH FLR SYRACUSE, NY 13202

MICHAEL L HANUSZCZAK 421 MONTGOMERY ST. SYRACUSE, NY 13202

KATE ROSENTHAL 505 S.STATE ST. SYRACUSE, NY 13202

JOSEPH MURPHY
WILLIAM FITZPATRICK 505 S.STATE ST. 4TH FR, SYRACUSE, NY 13202

ARLENE BRADSHAW 109 S. WARREN ST., SYRACUSE NY 13202
LISA BLITMAN 106 BRADFORS PKWY, SYRACUSE, NY 13202
WILLIAM BALDUF 506 E. WASHINGTON STR., SYRACUSE, NY 13202

Venue: Plaintiff designates Onondaga County as the place of trial.

The designation for this is:

__ The Plaintiff's residence is in ONONDAGA County

__ The Defendants' residences are in Onondaga COUNTY

__ Other (Describe) ______________________

COMPLAINT:

**OBJECTION** TO ALL UNLAWFUL ACTIONS AGAINST MY PERSON IN THESE PROCEEDINGS.

ON 10-30-15 I APPEARED BEFORE JUDGE MICHEAL L. HANUSCZAK TO ANSWER TO A MOOT CASE THAT THE JUDGE PARTICIPATED IN AND WAS AN INTERESTED PARTY TO.

ON 06-21-16 JUDGE MICHAEL L. HANUSZCZAK UNLAWFULLY REMOVED MY TWO DAUGHTERS F.B. AND H.B. WITHOUT NO DUE PROCESS OR ANY LEGAL STANDING.

ON 10-20-16 JUDGE HANUSZCZAK ACQUITTED ME OF ALL CLIAMS AGAINST ME BUT THAT SAME DAY RESEIZED MY TWO DAUGHTERS FB AND HB WITHOUT ANY DUE PROCESS OR LEGAL STANDING.

ON 10-21-16 MY TWO DAUGHTERS F.B. & H.B. WERE RETURNED.

ON 07-17-17 MY APPEAL FOR THE 06-21-16 REMOVAL OF MY TWO DAUGHTER FB AND HB WAS APPROVED.

ON 07-25-17 THE JUDGE MICHAEL L. HANUSZCZAK RETALIATED AND CALLED A FALSE REPORT TO THE SYRACUSR POLICE WHO KIDNAPPED MY KIDS BY BREAKING INTO MY HOME THROUGH A WINDOW AND TAKE MY TWO DAUGHTERS FB AND HB AND ARREST ME AND CHARGED ME WITH MALICOUS AND FICTIOUS CRIMES AND TO THIS DAY I AM STILL BEING SUBJECTED TO FACE UP TO A YEAR IN PRISON AND THE LOST OF MY TWO DAUGHTERS, WHO TODAY 04-17-18 I WAS TOLD BY CPS WORKER

CHRISTINA KOBUS THAT MY OLDEST DAUGHTER WILL BE TRANSFERRED TO OKLAHOMA CITY TO BE WITH HER FATHER WHO HAS NO RIGHTS TO HER AND I HAVE ALREADY WON THE TRIALS TO KEEP MY CHILDREN TOGETHER AND NOW THESE CORRUPT COURT OFFICIALS ARE SEPERATING MY CHILDREN AND ALLOWING MY DAUGHTER TO GO WITH HER FATHER WHO SHE BARLEY KNOWS AND WHO HAS UNTREATED MENTAL HEALTH AND SEXUAL ABUSE ISSUES. THES COURTS HAVE BEEN NOTIFIED AND HAVE CONCEALED THEIR KNOWLEDGE AND ACT AGGRESSIVELY AND ARE PUTTING MY CHILDREN IN HARMS WAY AND I PLEAD FOR AN EMERGENCY INJUNCTION BECAUSE THE JUDGES AND COURT OFFICIALS ARE TREASONOUS AND RETAILIATING AGIANST MY CHILDREN AND I.

ON 12-09-2016 MY FORMER ATTORNEY WILLIAM BALDUF HAD AN EXPARTE HEARING AND DID NOT NOTIFY ME AND TO THIS DAY I HAVE NOT BEEN GIVEN AND TRANSCRIPTS ON THESE PROCEEDINGS AND THE COURT AND JUDGE HAVE CONSPIRED AND COMMITTED FRAUD UPON THE COURT AND DEFAMED AND ASSASSINATED MY CHARACTER UNLAWFULLY AND MY LEGAL CONUSEL HAS PARTIPATED IN THESE CRIMINAL ACTIVITIES AND THE RECORD WILL REFLECT THESE FACTS.

I MOTION THAT ALL FAMILY AND CRIMINAL COURT PROCEEDINGS AGAINST ME BE VACATED, DISCHARGES AND DISMISSED WITH PREJUDICE AND A FULL INVESTIGATION BE OMMENCE AND ALL FOUND GUILTY OF TREASON , FRAUD, FORGERY, PERJURY, KIDNAPPING, CHILD ABUSE, THEFT, EVIDENCE AND WITH TAMPERING AND ALL COMPOUND CRIME BE BROUGHT TO SWIFT JUSTICE FOR THESE CRUEL AND UNUSUAL HARDSHIPS AGAINST MY CHILDREN, FAMILY AND I.

GODSPEED,

ROCHELLE MARETTA-BROOKS 04-17-2018

**WITHOUT PREJUDICE. UCC.1-207, 308, 103, 3-402.**

G+ More Next Blog» Create Blog Sign In

# Accountability For People

5:17-cv-01186-GLS-TWD
5:18-cv-00426-DNH-DEP
5:15-cv-00448-BKS-CFH

Thursday, September 26, 2013

## Constitutionally Guaranteed Right Cannot Be Converted Into A Crime

**Miller v. US (5th Circuit) 230 F. 2d. 486 (1956)** "The claim and exercise of a constitutional right cannot thus be converted into a crime"

**Miranda v. Arizona 384 US 436 (1966)**
"Where rights are secured by the constitution are involved, there can be no rule making or legislation which would abrogate them."

**Hale v. Henkel 201 US 43 (1906)**
"...There is a clear distinction...between an individual and a corporation...The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way...He owes nothing to the public so long as he does not trespass upon their rights. Upon the other hand, the corporation is a creature of the state...it's powers are limited by law."

**Byars v. United States 273 US 28 (1927)**
"...it is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachment thereon."

**Marbury v. Madison (1 Cranch 170) 5 US 137 (1803)**
"...a legislative act contrary to the constitution is not law...an act of the legislature repugnant to the constitution is void."

**Norton v. Shelby County 118 US 425 (1886)**
"An unconstitutional act is not law...it imposes no duty...it is, in legal contemplation, as inoperative as though it had never been passed."

**Mugler v. Kansas 123 US 623 (1887)**
"The supreme court of the United States is, however, the final expositor and arbiter of all disputed questions touching the scope and meaning of that sacred instrument [the US Constitution], and its decisions thereon are binding upon all courts, both state and federal."

**Ex Parte Young 209 US 123 (1908)**
"The Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law...when a state officer acts under a state law in a manner violative of the federal constitution. And he is, in that case, stripped of his official or representative character, and is subjected in his person to the consequences of his individual conduct. The state has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

**Staub v. Baxley 355 US 313 (1958)**
"...an ordinance which makes the peaceful enjoyment of freedoms which the constitution guarantees contingent upon the uncontrolled will of an official -- as by requiring a permit or license which may be granted or withheld in the discretion of such official -- is an unconstitutional censorship or prior restraint upon the enjoyment of those freedoms."

**United States v. Jackson 390 US 570 (1968)**
"If a law has 'no other purpose...' than to chill the assertion of constitutional rights by penalizing those who choose to exercise them, then it [is] patently unconstitutional."

**Cohens v. Virginia (6 Wheaton) 19 US 264 (1821)**
"A law cannot exceed the authority of the lawgiver. We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. The several state legislatures and judiciaries, are all bound by solemn obligation of an oath, to support the federal constitution;...willfully legislating in violation of that constitution...[is] guilty of perjury. [309]"

Post borrowed from: http://www.titanians.org/right-to-travel-is-guaranteed/










Whenever you find yourself on the side of the majority, it is time to pause and reflect.

- Mark Twain

Posted by Chris/Blue Collar Moto at 4:09 PM

Reactions: funny (0) interesting (1) cool (1)

Labels: Constitutionally Guaranteed Right Cannot Be Converted Into A Crime

5:16-cv-00426-ONH-DEP
5:15-cv-00148-DKS-CFH
5-17-cv-01186-GLS-TWD

## No comments:

## Post a Comment

Enter your comment...

Comment as: Select profile...

Publish Preview

## Links to this post

Create a Link

Newer Post Home Older Post

Subscribe to: Post Comments (Atom)

Legality is the shelter for swindlers and thieves they make for themselves by passing statutes and acts. It is NOT law unless you consent to it.
-Chris Duke

"It's only on the brink that people find the will to change. Only at the precipice, do we evolve."

The ideal tyranny is that which is ignorantly self-administered by its victims. The most perfect slaves are, therefore, those which blissfully and unawaredly enslave themselves."
~ Charles de Montesquieu

**Freedom links to other sites and web pages.**

1215.org Bill Thornton

Ayn Rand Institute

Cop Block

Cottonwood Connection

Dean Clifford Info

Freedom From Government

Freedom School

Get Out Of Debt Free

Humanity Awakens

Jamie Weare Notsheep Barker

Law Movement Forums & Resources

Lawful Path

Mikiverse Law

Redress Right Exercising Rights Under The Law

Sui Juris - Getting THE TRUTH in the Record

Sui Juris Law

The Constitution Society

The Truth Will Set You Free

Titania – Ethical Creative Society

Tripod Tax Facts

World Freeman Society

**Online Radio Shows / Podcasts**

Rule Of Law Radio

Freedomizer Radio

GLOBAL F.A.C.T. RADIO

Blog Talk Radio

Revolution Radio

**Law Dictionary's**

5:18-CV-00424-DNH-DEP
5:17-CV-01186-GLS-TWD

WARNING: THIS IS A LEGAL DOCUMENT: DO NOT ALTER, CONCEAL OR DESTROY.
PURSUANT TO 18 U.S. Code § 1519 - Destruction, alteration, or falsification of records ...

STATE OF NEW YORK, ONONDAGA COUNTY, USA. ALL COURTS ENTERED/FILED DATE

| | DEFENDANT LIST<br>IN THE MATTER OF:<br>AGGRIEVED; WOMAN ROCHELLE MARETTA-BROOKS AL., ECT. PLAINTIFF(S)<br>-AGAINST-<br>MICHAEL L. HANUSZCZAK, KATE ROSENTHAL AL., ECT. DEFENDANT(s) | DOCKET NO.<br>NN5875-6/15-18-A-E, FILE NO.13079, DR-17-383263, CAF-16-01134, CAF- ART. 78-DOC. ID-026362070001 ART. 78-SU-2018-001140 5:16-CV-834, 5:16-cv-734, 5:16-cv-735, *5:17-cv-01186-GLS-TWD |
|---|---|---|
| A | MAN;MICHAEL L. HANUSZCZAK<br>401 MONTGOMERY ST., ROOM NO. 114<br>SYRACUSE, NY 13202<br>(315)671-2010<br>EMAIL:JECORL@NYCOURTS.GOV | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| A-B | WOMAN;TERRI COOPER<br>401 MONTGOMERY ST., ROOM NO. 114<br>SYRACUSE, NY 13202<br>(315)671-2010<br>EMAIL:JECORL@NYCOURTS.GOV | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| A-C | WOMAN;THERESA WEST<br>401 MONTGOMERY ST., ROOM NO. 114<br>SYRACUSE, NY 13202<br>(315)671-2004<br>EMAIL:RDURR@DURRLAWOFFICES.COM | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |

| | | |
|---|---|---|
| A-D | MAN;JAMES CORL<br>401 MONTGOMERY ST.,<br>ROOM NO. 114<br>SYRACUSE, NY 13202<br>(315)671-2012<br>EMAIL:JECORL@NYCOURTS.GOV | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| B | WOMAN;Kate Rosenthal<br>505 S. STATE ST.,<br>Room 270B Suite 270<br>SYRACUSE, NY 13202<br>Phone: 315-671-2787<br>Fax: 315-671-2747<br>kwood@nycourts.gov | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| B-A | WOMAN;KATHY WOOD<br>505 S. STATE ST.,<br>Room 270B Suite 270<br>SYRACUSE, NY 13202<br>Phone: 315-671-2787<br>Fax: 315-671-2747<br>kwood@nycourts.gov | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| | | |

| | | |
|---|---|---|
| C | MAN; Ross P. Andrews<br>Room 280A Suite 280<br>505 S. STATE ST.,<br>SYRACUSE, NY 13202<br>Phone: 315-671-2787<br>Fax: 315-671-2747<br>Secretary: Kathy Wood<br>EMAIL:kwood@nycourts.gov | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| C-A | MAN;JAMES JECEN<br>505 S. STATE ST.,<br>ROOM<br>SYRACUSE, NY 13202<br>(315)671-2760<br>EMAIL:DAWEB@ONGOV.NET | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| D | MAN;James H. Cecile<br>505 S. STATE ST.,<br>Room 280B Suite 280<br>SYRACUSE, NY 13202<br>Phone: 315-671-2772<br>Fax: 315-671-2748<br>EMAIL:DAWEB@ONGOV.NET | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| | | |

| | | |
|---|---|---|
| E BxD | WOMAN;Melissa DelGuercio<br>505 S. STATE ST.,<br>SUITE 260C<br>SYRACUSE, NY 13202<br>(315)671-2760<br>EMAIL:MDELGUER@nycourts.gov<br>EMAIL:DAWEB@ONGOV.NET | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| F | WOMAN; LISA BLITMAN<br>106 BRADFORD PKWY<br>SYRACUSE, NY 13224<br>(315)446-1436 (315)863-9391<br>EMAIL:LHBLITMAN@AOL.COM | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| G | WOMAN;Frances A. Grimaldi,<br>505 S. STATE ST.,<br>SUITE 270C<br>SYRACUSE, NY 13202<br>(315)671-2760<br>EMAIL:FGRIMALD@nycourts.gov<br>EMAIL:DAWEB@ONGOV.NET | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| | | |

| | | |
|---|---|---|
| A | MAN;Marc Waldauer,<br>505 S. STATE ST.,<br>SUITE 290C<br>SYRACUSE, NY 13202<br>(315)671-2760<br>EMAIL:MWALDAUE@nycourts.gov<br>EMAIL:DAWEB@ONGOV.NET | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| I | WOMAN;MARTHA WALSH-HOOD<br>333 E. WASHINGTON ST.,<br>8TH FLOOR, ROOM<br>SYRACUSE, NY 13202<br>(316)728-7231<br>(315)671-2060<br>EMAIL: | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| J | WOMAN;LINDA BOGUS<br>333 E. WASHINGTON ST.,<br>8TH FLOOR, ROOM<br>SYRACUSE, NY 13202<br>(315)728-7231<br>EMAIL: | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| | | |

| | | |
|---|---|---|
| K | JAMES TORMEY III.,<br>401 MONTGOMERY ST.,<br>4TH FLOOR<br>SYRACUSE, NY 13202<br>(315)671-1100 (FAX)315-671-1183<br>EMAIL:JTORMEY@COURTS.STATE.NY.US | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| ( | GERARD J. NERI<br>401 MONTGOMERY ST.,<br>4TH FLOOR<br>SYRACUSE, NY 13202<br>(315)671-1100 (FAX)315-671-1183<br>EMAIL:JTORMEY@COURTS.STATE.NY.US | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| M | DAVID S. GIDEON<br>401 MONTGOMERY ST.,<br>4TH FLOOR<br>SYRACUSE, NY 13202<br>(315)671-1100 (FAX)315-671-1183<br>EMAIL:JTORMEY@COURTS.STATE.NY.US | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| | | |

| | | |
|---|---|---|
| N | KATHERINE M. VAETH<br>401 MONTGOMERY ST.,<br>4TH FLOOR<br>SYRACUSE, NY 13202<br>(315)671-1100 (FAX)315-671-1183<br>EMAIL:JTORMEY@COURTS.STATE.NY.US | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| O A<br>B<br>C<br>D<br>E<br>F<br>G<br>H<br>I<br>J<br>K<br>L | 1.)JOSEPH W. BELLUCK<br>2.)PAUL B. HARDING<br>3.)JOEL COHEN<br>4.)JODIE CORNGOLD<br>5.)JOHN A. FALK<br>6.)TAA GRAY<br>7.)LESLIE G. LEACH<br>8.)RICHARD A. STOLOFF<br>9.)DAVID A. WEINSTEIN<br>10.)AKOSUA GARCIA YEBOAH<br>11.)JEAN M. SAVANYU<br>12.)ROBERT H. TEMBECKJIAN<br>61 BROADWAY<br>SUIT 1200<br>NEW YORK, NY 10006<br>(646)386-4800(FAX)646-458-0037<br>WEBSITE:WWW.CJC.NY.GOV<br>EMAIL:CJC@CJC.NY.GOV | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| P | LIAISONS RE:ADA-CASE(S)<br>1.)CHELE STRIPE<br>401 MONTGOMERY ST<br>SYRACUSE, NY 13020<br>(315)671-2124<br>EMAIL:MSTRIPE@NYCOURTS.GOV<br><br>VALERIE JAMES<br>401 MONTGOMERY ST<br>SYRCUSE, NY 13202<br>(315)671-2124<br>2.)VJAMES@NYCOURTS.GOV | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |

| | | |
|---|---|---|
| Q | ONONDAGA COUNTY BAR ASSOCIATION ASSIGNED COUNSEL PROGRAM, INC.<br><br>STATE TOWER BLDG.<br>SUITE 6<br>SYRACUSE, NY 13202<br>(315)476-2921(FAX)315-476-0576<br>EMAIL:ELIGIBILITY@OCBAACP.ORG | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| R | ARLENE BRADSHAW<br>109 S. WARREN ST.,<br>SYRACUSE, NY 13202<br>(315)422-2255<br>EMAIL:ABRADSHAW1@TWCNY.RR.COM | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| S A<br><br>B | 1.)ROBERT DURR<br>421 MONTGOMERY ST.,<br>10TH FLOOR<br>SYRACUSE, NY 13202<br>(315)435-2170<br>EMAIL:RDURR@DURRLAWOFFICE.COM<br><br>2.)LOUIS DETTOR<br>421 MONTGOMERY ST.,<br>10TH FLOOR<br>SYRACUSE, NY 13202<br>(315)435-2170<br>EMAIL:RDURR@DURRLAWOFFICE.COM | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |

| | | |
|---|---|---|
| A | MAN;DAVID PRIMO<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>KARLEEN PRESKE<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>DAWNE DELCORO<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>KAREN WALTERS<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>JENNIFER LING<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>NAOMI OSHEL<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>MELISSA CARELLI<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>SANDRA MILNER<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>DAWNE DELCORO<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | BREACH OF OATH, FRAUD, FORGERY, CONTEMPT, HATE CRIMES ACTS, PERJURY, KLEPTOCRACY, CONSPIRACY, DISCRIMINATION, TREASON, KIDNAPPING, EXTORTION, CHILD ABUSE, NEGLECT & ENDANGERMENT, FAILURE TO ACT, THEFT, BREACH OF ALL PEACE TREATIES, KKK, 1983, EVIDENCE & WITNESS TAMPERING & OBSTRUCTION OF JUSTICE & COMPOUNDING OF CRIMES & AIDING & ABETTING CRIMES. FAILURE TO ACT. |
| B | | |
| C | | |
| D | | |
| E | | |
| F | | |
| G | | |
| H | | |
| I | | |

| | | |
|---|---|---|
| J | PATRICIA HIPOLITO<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| K | GHET GAJ<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| L | STUART WILKINSON<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| M | TONYA M. YOUNIS<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| N | MICHELE PIRRO-BAILEY<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| O | CINDY MORGAN<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| P | MARGARET JOHNSON<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| Q | JUDY CONGER<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| R | JULIE CECILE<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |



| | | |
|---|---|---|
| TS | KATIE BOYEA<br>DAWNE DELCORO<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| T | SARA LANGAN<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| M | TRISH MADERI<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| V | SALVATORE PAVONE<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| W | PATRICIA DERUE<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| Y | 22.)PATTY SHANAHAN<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| Y | 23.)SHARON BACH<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| Za | CINDY GILLETTE<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |
| ZB | BARB BISNETT<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000 | |

| | | |
|---|---|---|
| 2c | ANTOINETTE BECKER<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>STEPHANIE LAMOTT<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>TERRI BROWN<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>28.)RACHAEL CARSON<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>29.)SANDY MILNER<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>CARRIE STOOKS<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>ADOLPH ECKSTEIN<br>401 MONTGOMERY ST.<br>SYRACUSE, NY 13202<br>(315)671-2000<br><br>THERESA WEST<br>401 MONTGOMERY ST<br>SYRACUSE, NY13202<br>315-671-2000 | |
| | | |