**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ROCHELLE M. BROOKS,**
formerly **ROCHELLE M.**
**COLEMAN,**

                        Plaintiff,                  5:17-cv-1186
                                                                         (GLS/TWD)

            v.

**ONONDAGA DEPARTMENT OF**
**CHILDREN & FAMILY SERVICES**
**et al.,**

                      Defendants.
_____

**APPEARANCES:**                            **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Rochelle M. Brooks
*Pro Se*
231 Lilac Street
Syracuse, NY 13208

**FOR THE DEFENDANTS:**

NO APPEARANCE

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

      On April 9, 2018, Magistrate Judge Thérèse Wiley Dancks issued an

Order and Report-Recommendation (R&R), which recommends the

dismissal of the amended complaint.[1] (Dkt. No. 11.) Pending before the court is the objection of plaintiff Rochelle M. Brooks, formerly Rochelle M. Coleman. (Dkt. No. 13.)

Brooks' objection consist of a single, generic sentence, which states that she "object[s] to [her] cases being dismissmed [sic] on the grounds of EQUITABLE TOLLING Law & [her] 1st & 4th Amendment rights violation." (*Id.* at 1.) Because Brooks' objection fails to fault the R&R in any specific way, it is classified as a general objection and warrants review for clear error only. *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-6 (N.D.N.Y. Jan. 18, 2006). After careful consideration of the R&R, the court finds no clear error and adopts the R&R, (Dkt. No. 11), in its entirety. As such, Brooks' federal claims are dismissed with prejudice, and the court declines to exercise supplemental jurisdiction of the state law claims.

Accordingly, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No.

---

[1] As noted by Judge Dancks, (Dkt. No. 11 at 1-2), the amended complaint consists of two separate form complaints, the former labeled "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983," and the latter "Complaint Pursuant to the Americans With Disabilities Act," (Dkt. No. 9, at 1, 5).

11) is **ADOPTED** in its entirety; and it is further

    **ORDERED** that Brooks' amended complaint (Dkt. No. 9) is

**DISMISSED**; and it is further

    **ORDERED** that the Clerk close the case; and it is further

    **ORDERED** that the Clerk provide a copy of this Order to Brooks in

accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

May 7, 2018  
Albany, New York

                                              *Gary L. Sharpe*  
                                              Gary L. Sharpe  
                                              U.S. District Judge